UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:14-00041 |
| ) | CHIEF JUDGE HAYNES |
| KENNETH JAMES STOPKOTTE ) | |

*[handwritten: ORDER This motion is granted. /s/ 4-2-14]*

## MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS REQUIRING EVIDENTIARY HEARING

Through counsel, defendant Kenneth Stopkotte moves to extend the time for filing pretrial motions until two weeks prior to trial, currently set on May 13, 2014.

In support of this motion, defense counsel would show the following:

1. The Court's scheduling order directs the parties to file motions requiring an evidentiary hearing by today, April 1, 2014.

2. Undersigned counsel just received discovery last week in this matter.

3. The indictment in this case alleges 15 counts of bank and wire fraud occurring between December 2011 and March 2013.

4. The discovery is voluminous and has been provided in an electronic format which the defendant cannot access at his current detention location. With the assistance of the United States Marshal, counsel has made arrangements for the defendant to be moved to a location where he will be able to review the discovery.

5. The defense team will need to review the discovery before it can assess the need for filing pretrial motions. Given the complex nature of this case, the defendant believes it likely he will need to seek a continuance of the May 13, 2014 court date.

For the reasons stated above, Mr. Stopkotte asks the Court to extend the time for filing pretrial motions.