UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:14-00041 |
| | ) CHIEF JUDGE HAYNES |
| KENNETH JAMES STOPKOTTE | ) |

## MOTION TO SET A PLEA HEARING

Through counsel, defendant Kenneth Stopkotte notifies the Court that the parties have reached an agreed disposition. Mr. Stopkotte therefore asks the Court to set this matter for a plea hearing. The parties jointly request that the plea hearing be set on any of the following dates, subject to the court's availability:

Monday, September 15 (afternoon only available)

Friday, September 19 (afternoon only available)

Monday, September 29 (morning available; after 2:00 pm available).

*[Handwritten annotation: Granted. This motion is granted. Motion to set for September 29, 2014 at 3:30pm. William [Haynes?] 9-8-14]*

Respectfully submitted,

/s/ Caryll S. Alpert
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Kenneth James Stopkotte